IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COTTMAN TRANSMISSION SYSTEMS, LLC, ET AL. | : | CIVIL ACTION NO. 05-6369 |
| v. | : | |
| DALE KERSHNER, ET AL. | : | |
| COTTMAN TRANSMISSION SYSTEMS, LLC, ET AL. | : | NO. 06-690 |
| v. | : | |
| JEROME HUTCHESON, ET AL. | : | |
| S&G JANITSCHKE, INC., ET AL. | : | NO. 06-2681 |
| v. | : | |
| COTTMAN TRANSMISSION SYSTEMS, LLC, ET AL. | : | |
| OZZIE BOMBARO, ET AL. | : | NO. 06-4116 |
| v. | : | |
| COTTMAN TRANSMISSION SYSTEMS, LLC, ET AL. | : | |
| COTTMAN TRANSMISSION SYSTEMS, LLC | : | NO. 06-128 |
| v. | : | |
| WILLIAM SAWYER, ET AL. | : | |
| COTTMAN TRANSMISSION SYSTEMS, LLC | : | NO. 06-4768 |
| v. | : | |
| ROBERTA JACKSON, ET AL. | : | |

## STIPULATION TO EXTEND TIME TO ANSWER
## IN ACCORDANCE WITH RULE 6(b) AND LOCAL RULE 7.4(b)(2)

THERE BEING no prior extension of time to respond in this matter, it is hereby stipulated and agreed between the parties through their below counsel that the Cottman Parties (i.e., Cottman Transmission Systems, LLC and Ross Advertising, Inc., as well as the proposed parties, Todd P. Leff and American Capital Strategies, Ltd.), shall have an additional fourteen (14) days (i.e., until Friday, January 12, 2007) to respond to the Franchisee Parties' Motion for Leave to File a Second Amended Complaint.

FOR THE COTTMAN PARTIES:

*/s/ William B. Jameson*
William B. Jameson, Esq.
General Counsel
Cottman Transmission Systems, LLC
201 Gibraltar Road, suite 150
Horsham, PA 19044

Date: 12/27/06

FOR THE FRANCHISEE PARTIES:

*/s/ Ronald K. Gardner*
Ronald K. Gardner, Esq.
Dady & Garner, P.A.
5100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

Date: 12/27/06

SO ORDERED:

_____