```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COTTMAN TRANSMISSION             :    CIVIL ACTION
SYSTEMS, LLC, ET AL.             :    NO. 05-6369
                                 :
     v.                          :
                                 :
DALE KERSHNER, ET AL.            :
                                 :
```

**ORDER**

**AND NOW**, this **26th** day of **January, 2007,** it is hereby **ORDERED** that a hearing on the Plaintiff-Franchisee Parties' Motion for Leave to File a Second Amended Complaint (Civ. Action No. 06-2681, doc. no. 53) is scheduled for **February 20, 2007 at 2:00 p.m.** before the Honorable Eduardo C. Robreno, in Courtroom 11A, 11th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

It is further **ORDERED** that the Plaintiff-Franchisees' Motion for Leave to File a Reply Brief (doc. no. 57) is **DENIED** without prejudice.[1]

**AND IT IS SO ORDERED.**

                         S/Eduardo C. Robreno
                         **EDUARDO C. ROBRENO, J.**

---

[1] Plaintiff-Franchisees may re-file their motion with a copy of the proposed Reply brief attached thereto.